RECEIVED
NOV 29 2018
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| DARREN G. LEWIS,<br>Petitioner | CIVIL ACTION NO. 1:18-CV-1003-P |
| VERSUS | JUDGE DEE D. DRELL |
| CHRIS MCCONNELL,<br>Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after a de novo review of the record including the objections filed by Petitioner, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Petitioner's § 2241 petition is DISMISSED for lack of jurisdiction, with prejudice as to the jurisdictional issue, and without prejudice as to the merits of Petitioner's claim.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 28 day of November, 2018.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE